AO 93 (Rev. 5/85) Search Warrant

**ORIGINAL**

# United States District Court

**FILED**

DISTRICT COURT OF GUAM

JUN 0 2 2008

FOR THE DISTRICT OF GUAM

**JEANNE G. QUINATA**
**Clerk of Court**

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

ONE (1) U.S. PRIORITY MAIL PARCEL
BEARING THE PRINTED ADDRESS
EVELYN ANSELMO, P.O. BOX 8942,
TAMUNING, GU 96931
(Further Described in Attachment A)

**SEARCH WARRANT**

CASE NUMBER: MJ - **08-00015**

TO: ANY FEDERAL LAW ENFORCEMENT OFFICER and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Steve Basak _____ who has reason to
                                                    Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)
United States Postal Service, Guam Main Facility, Barrigada, Guam.

in the _____ District of GUAM _____ there is now
concealed a certain person or property, namely (describe the person or property)
Controlled substance held in violation of Title 21, United States Code, Sections 841(a)(1), 846. Items of personal property tending to identify the person(s) ownership and control of the parcel which is subject to this warrant.
I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ 6/9/2008 _____
                                                                     Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __ JOAQUIN V.E. MANIBUSAN, JR. Magistrate Judge __
as required by law.                                                  U.S. Judge or Magistrate

5/29/2008   9:30 A.M.                    at   HAGATNA, GUAM
Date and Time Issued                          City and State
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge, District Court of Guam
Name and Title of Judicial Officer            Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 5-29-2008 | DATE AND TIME WARRANT EXECUTED 5-29-2008 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Evelyn Anselmo - in Box |
| INVENTORY MADE IN THE PRESENCE OF Gene Igros - Guam Customs Agent III | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

No property removed from Box

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_signature_

Subcribed, sworn to, and returned before me this date.

_signature_  6/2/2008
U.S. Judge or Magistrate / Date

# ATTACHMENT A

The Priority Mail parcel is further identified as addressed to **"Evelyn Anselmo, PO Box 8943, Tamuning, GU 96931"**, and sent from **"Maxinne Pacheco, 25-3498 Pakelekia St, Hilo, HI 96720.** This parcel measures approximately **12 1/2" x 12 3/4" x 12 1/4"** and weighs approximately **28 lbs, 10 oz.** There is a USPS postage meter strip attached in the amount of **$15.60**, dated **MAY 13, 08** from **Zip Code 96720**.